IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| Mark R. Harrington and, | ) | |
| Lesa J. Harrington | ) | Case No. 11-13091 |
| | ) | |
| | ) | (Chapter 13) |
| 1504 W. 4th Apt. 9 Skiatook, OK 74070 | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF CHANGE OF ADDRESS FOR DEBTOR ONLY**

The Debtor by and through his undersigned attorney, hereby files this Notice of Change of Address. The debtor's new address is:

13125 E. 166th St. N., Collinsville, OK 74021.

/s/ Anna Hanson_____
Anna Hanson, OBA #30098
Hanson & Hanson Law Firm, PLLC
4527 E. 91st St.
Tulsa, OK 74137
(918) 409-0634
(918) 779-7054 (fax)
anna@thehansonlawfirm.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Change of Address has been furnished either by the Court's CM/ECF system to the Office of the U.S. Trustee and to Lonnie Eck, Chapter 13 Trustee.

/s/ Anna Hanson_____
Anna Hanson, OBA #30098